ACCEPTED
14-15-00007-cv
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
7/1/2015 12:40:32 PM
CHRISTOPHER PRINE
CLERK

NO. 14-15-00007-CV

_____

IN THE
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
7/1/2015 12:40:32 PM
CHRISTOPHER A. PRINE
Clerk

_____

GOPIKRISHNA P. DORAISWAMY
*Appellant,*

*v.*

PIPING TECHNOLOGY & PRODUCTS, INC.,
*Appellee.*

_____

On Appeal from the 333rd Judicial District Court of
Harris County, Texas
Trial Court No. 2014-53760

_____

**APPELLEE'S OPPOSED SECOND MOTION TO EXTEND TIME
TO FILE APPELLEE'S BRIEF**

_____

TO THE HONORABLE FOURTEENTH COURT OF APPEALS:

Appellee, PIPING TECHNOLOGY & PRODUCTS, INC. ("Appellee"), in accordance with Texas Rules of Appellate Procedure 38.6(d) and 10.5(b), requests this Court to extend time to file Appellee's brief in this cause for fourteen (14) days:

1. On December 10, 2014, the trial court granted a temporary injunction in favor of Appellee in cause no. 2014-53760. On December 30, 2014, Appellant

filed a notice of accelerated appeal.

2.     After three extensions of time to file Appellant's opening brief, Appellant filed his brief with this Court on April 30, 2015.

3.     Appellee's response brief is currently due to be filed on or before July 6, 2015.

4.     This motion seeks an extension of time of fourteen (14) days, up to and including July 20, 2015.  Appellee previously sought one extension in this matter.

5.     As grounds for the extension, counsel for Appellee PIPIING TECHNOLOGY & PRODUCTS, INC. states the following.  Appellee's counsel has been unable to complete the brief by the current deadline due to his involvement in the following matters, which have required immediate attention:

(a) Preparation for federal jury trial to commence on July 24; C.A. No. 4-13-cv-2694; *Derousalle Mosley v. FNU, et al.*; In the United States District Court for the Southern District of Texas, Houston Division;

(b) Preparation of Appellee's Brief – No. 15-1878; *Gateway Customer Solutions, LLC v. GC Services Limited Partnership*; in the United States Court of Appeals for the Eighth Circuit;

(c) Attend deposition on July 5; Cause No. 33354; *Navasota Oilfield Services, Inc. v. Christopher Acklin*; in the 12th District Court of Grimes County, Texas;

(d) Attend depositions on July 7, 10, and 13; Cause No. 2014-70363; *Page Southerland Page, et al v. Jag Holdings, Inc., et al*; in the 133rd Judicial District of Harris County, Texas;

(e) Prepare for and attend meditation; C.A. No. 4:14-cv-03073; *Linda Donnie v. Central United Life. Ins.*; in the United States District Court for the Southern District of Texas, Houston Division; and

(f) Attend depositions in San Diego, California on July 17 – 20; C.A. 4:15-cv-01112; *Bowen, Miclette & Britt Insurance Agency, LLC vs. Alliant Insurance Services, Inc.*; in the United States District Court for the Southern District of Texas, Houston Division.

6.    Appellee seeks this extension not for delay, but for good cause to allow counsel sufficient time to prepare Appellee's brief.

**PRAYER**

For the above reasons, Appellee, PIPIING TECHNOLOGY & PRODUCTS, INC., respectfully requests this Court to grant an extension of time to file Appellee's brief up to and including July 20, 2015.   Appellee further requests general relief.

Respectfully submitted,

CHAMBERLAIN, HRDLICKA, WHITE,
    WILLIAMS & AUGHTRY

By:  /s/ William S. Helfand
        William S. Helfand
        SBOT: 09388250
        bill.helfand@chamberlainlaw.com
        C. Larry Carbo III
        SBOT: 24031916
        larry.carbo@chamberlainlaw.com
        Ryan S. MacLeod
        SBOT: 24068346
        Ryan.macleod@chamberlainlaw.com
        1200 Smith Street, Suite 1400
        Houston, Texas  77002

(713) 654-9630
(713) 658-2553 (Fax)

**ATTORNEYS FOR PIPING TECHNOLOGY
& PRODUCTS, INC.**


## CERTIFICATE OF CONFERENCE

As required by TEX. R. APP. P. 10.1(a)(5), the undersigned certifies that he reasonably attempted to confer with counsel for Appellant by email and telephone on July 1, 2015, regarding whether Appellant is opposed to the relief sought herein.


　　　　　　　/s/ Ryan S. MacLeod
　　　　　　　Ryan S. MacLeod

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been filed in the office of the Clerk of the Fourteenth Court of Appeals and a true and correct copy of same has been provided to counsel listed below in a manner consistent with the Texas Rules of Appellate Procedure on this 1st day of July, 2015.

TRACEY N. ELLISON
SBOT: 15054720
KELLEY M. KELLER
SBOT: 11198240
5120 Woodway Dr., Suite 6019
Houston, Texas 77056
Telephone: (713)266-8218
Facsimile: (713)266-8201
tellison@ellison-keller.com


　　　　　　　/s/William S. Helfand
　　　　　　　William S. Helfand

1928346.1
004286..000003